IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | CIVIL NO. 09-635-GPM |
| ) | |
| **WILLIAM L. CUMBERLAND, III,** ) | |
| ) | |
| **Respondent.** ) | |

# ORDER

**MURPHY, District Judge:**

This matter was set for a Show Cause Hearing on Monday, September 28, 2009, at 9 a.m. Respondent failed to appear as ordered on August 21, 2009.

Respondent is found to be in contempt of this Court. An arrest warrant shall issue immediately for Respondent's arrest by the United States Marshals Service. Upon his arrest, Respondent shall be taken before a United States Magistrate Judge, and bond shall be set at $50,000.

**IT IS SO ORDERED.**

DATED: 9/28/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge